FILED

2026 Jul-15  PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **v.** ) | **Case No. 4:25-cv-362-LCB-SGC** |
| ) | |
| **GARY EDWARD MARTIN,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On June 16, 2026, a Change of Plea Hearing was held in the above case by Magistrate Judge Staci G. Cornelius. A Report and Recommendation was filed on June 16, 2026, recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED**, and the guilty plea is accepted.

**DONE** and **ORDERED** this July 14, 2026.

LILES C. BURKE
U.S. DISTRICT JUDGE